# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br>   Plaintiff,<br> v.<br><br>BAKER & TAYLOR, LLC,<br>   Defendant. | 2:15-cv-1335 – JRG-RSP LEAD |
| INNOVATIVE AUTOMATION LLC,<br>   Plaintiff,<br> v.<br><br>DISNEY ONLINE INC.,<br>   Defendant. | Case No. 2:15-cv-1336-RG-RSP |

## MOTION TO DISMISS DEFENDANT DISNEY ONLINE, INC. WITHOUT PREJUDICE

  Plaintiff Innovative Automation, LLC files this Motion to Dismiss Defendant Disney Online, Inc. without Prejudice.  Defendant Disney Online Inc. has not filed an answer and does not have an attorney of record.

  This dismissal does not affect any of Plaintiff's claims against any other defendant.

Dated: October 29, 2015					Respectfully submitted,

                                         */s/ Marie A. McCrary*
                                         Todd Kennedy, Esq.
                                         Marie A. McCrary, Esq
                                         Adam J. Gutride, Esq.
                                         Seth A. Safier, Esq.
                                         Anthony J. Patek, Esq.
                                         **Gutride Safier LLP**
                                         100 Pine Street, Suite 1250
                                         San Francisco, CA 94111
                                         Telephone: (415) 529-4995
                                         Facsimile: (415) 449-6469
                                         adam@gutridesafier.com
                                         seth@gutridesafier.com
                                         todd@gutridesafier.com
                                         anthony@gutridesafier.com
                                         marie@gutridesafier.com

                                         Charles Ainsworth
                                         State Bar No. 00783521
                                         Robert Christopher Bunt
                                         State Bar No. 00787165
                                         Parker Bunt & Ainsworth
                                         100 E. Ferguson, Suite 1114
                                         Tyler, Texas 75702
                                         Telephone: (903) 531-3535
                                         Facsimile: (903) 533-9687
                                         charley@pbatyler.com
                                         rcbunt@pbatyler.com

                                 **ATTORNEYS FOR PLAINTIFF**

                                  <u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served October 29, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                         */s/ Marie A. McCrary*
                                         MARIE A. McCRARY